UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:04-CR-504-JCM-GWF |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JENNIFER N. LAMBERT ) | |
| ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#156) on December 14, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $6,607.86

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $15,000.00

Name of Payee: BANK OF AMERICA
Amount of Restitution: $24,828.82

**Total Amount of Restitution ordered:** $46,436.68

Dated this _14th_ day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE